RECEIVED

OCT 1 0 2023

U.S. District Court
Middle District of TN

# UNITED STATES DISTRICT COURT

for the

_Middle_ District of _Tennessee_

_____ Division

|  |  |
|---|---|
| Terrance Reese _____ | ) Case No. _____ |
| **Plaintiff(s)** | ) _(to be filled in by the Clerk's Office)_ |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) Jury Trial: _(check one)_ ☑Yes ☐No |
| _please write "see attached" in the space and attach an additional_ | ) |
| _page with the full list of names.)_ | ) |
| -v- | ) |
|  | ) |
|  | ) |
| Core Civic et al. See Attached | ) |
| **Defendant(s)** | ) |
| _(Write the full name of each defendant who is being sued. If the_ | ) |
| _names of all the defendants cannot fit in the space above, please_ | ) |
| _write "see attached" in the space and attach an additional page_ | ) |
| _with the full list of names.)_ | ) |

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                   Terrance Reese

Street Address                      140 Macon Way

City and County                    Hartsville, Trousdale County

State and Zip Code               Tennessee, 37074

Telephone Number

E-mail Address

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title _(if known)_.  Attach additional pages if needed.

**Defendant No. 1**

    Name                             Jermaris Porter

    Job or Title *(if known)*       Chief of Security

    Street Address                  140 Macon Way

    City and County              Hartsville, Trousdale County

    State and Zip Code          Tennessee, 37074

    Telephone Number

    E-mail Address *(if known)*

**Defendant No. 2**

    Name                             Jacquelyne Norman

    Job or Title *(if known)*       Assistant warden

    Street Address                  140 Macon Way

    City and County               Hartsville, Trousdale County

    State and Zip Code          Tennessee, 37074

    Telephone Number

    E-mail Address *(if known)*

**Defendant No. 3**

    Name                             Ajee Smith

    Job or Title *(if known)*       Captin

    Street Address                  140 Macon Way

    City and County               Hartsville, Trousdale County

    State and Zip Code          Tennessee, 37074

    Telephone Number

    E-mail Address *(if known)*

**Defendant No. 4**

    Name                             Remona Johnson

    Job or Title *(if known)*       Unit manager

    Street Address                  140 Macon Way

    City and County               Hartsville, Trousdale County

    State and Zip Code          Tennessee, 37074

    Telephone Number

    E-mail Address *(if known)*

Additional Page with full list of all said defendants.

Defendant no. 1.) Jermaris Porter

Defendant no. 2.) Jacquelyne Worman

Defendant no. 3.) Ajee Smith

Defendant no. 4.) Remona Johnson

Defendant no. 5.) Vince Vantell
                warden
                140 macon way
                Hartsville, Trousdale County
                Tennessee, 37074

Defendant no. 6.) Core Civic inc.
                private Corporation
                140 macon way
                Hartsville, Trousdale County
                Tennessee, 37074

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 u.s.c. 1983, eighth amendment violation

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

  b.  If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under

    the laws of the State of *(name)* _____, and has its

    principal place of business in the State of *(name)* _____.

    Or is incorporated under the laws of *(foreign nation)* _____,

    and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

 3.  The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see additional page for statement of claim

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

# Statement of Claim

On August 4, 2023, four medium custody level inmates came into my cell with knives and ordered me to leave out the cell while they talk to my cellmate. I tried to put on my shoes before i left out and one of the guys put his knife to my throat and told me to leave out in my shower sandles. when i left out, two or three minutes later all of them came out of my cell with my T.V., shoes, and all of my food, along with all of my cellmates belongings. After we were robbed they told us we had to leave the building so we let the officer working the pod know what happened and let him know that we were told that we had to leave the building. He then placed us in the hallway and told us he would contact the Chief of Security, Jermaris Porter, and let him know that we were assaulted and robbed. After hours of sitting in the hallway the officer told us that he could not get in contact with Chief Porter. As we were sitting in the hallway we talked to a Sgt. Christian, who told us to write down our information and she would personally give it to chief Porter and let him know what happened to us. After some time passed Sgt. Christian came back and told us that she gave chief Porter our information and explained to him what happened to us but we still never heard from Chief Porter. As we continued to sit in the hallway the assistant warden, Jacqueline Norman came in the building and asked us why was our beds sitting

assaulted and robbed and told to leave the
building and she told us that soon as count
cleared she would get us out of the building.
We never heard back from A.W. Norman. After
hours more of sitting in the hallway we talked to
W Sgt. Smith who told us that Chief Porter and A.W.
Norman was gone for the night. He told us to write
down our information and he would give it to Captin
Ajee Smith and explain to her that we were assaulted
and robbed and told to leave the building and that he
would get permission from her to move us out of the
building. He took us out of the building and placed
us in a rec cage outside of the building. After hours
of sitting outside in the cage Sgt. Smith came back
and told us that Captin Smith told him to put us back
in the building because she did not have time for us
at the moment. On August 8, 2023 i was robbed
again. I talked to the unit manager Remona Johnson
day after day pleading with her to please move me out
of the building and let her know that the guys who
assaulted and robbed me was continuing to harass me
for filing a incident report against them. She told me
that she was not moving me and if i kept bothering her
she would send me to the hole. I then wrote the warden,
Vince Vantell, and explained to him that i was assaulted
and robbed and told to leave the building and pleaded with
him to please move me out of the building. I never heard

nothing back from the warden either. I was moved from the pod that i was assaulted and robbed in to a pod right next door. The people who assaulted and robbed me come in the pod i was moved to all the time and sell drugs and robb other people. On August 18, 2023, someone who associate with the people who assaulted and robbed me came from the pod i was robbed and assaulted in to the pod i was placed in and came into my cell and threatened me with a knife and told me to stop running my mouth to the officers about me being robbed. Core Civic has a policy in place mandating that medium custody level inmates shall not be housed together with minimum custody level inmates, and they also have a policy in place mandating that no inmate shall be allowed to enter into a pod that the inmate is not housed in.

## Claims

Count one: Chief of security, Jermaris Porter, was made aware of the fact that i was assaulted and robbed at knife point and told to leave the building, he ignored my pleas for help and disregarded the risk to my safety and freedom.

Count two: A.W., Jacqueline Norman, was made aware of the fact that i was assaulted and robbed at knife point and told to leave the building, and that my safety and freedom was at risk, but she ignored my pleas for help and disregarded the risk to my safety and freedom.

Count three: Captin, Ajee Smith, was made aware of the fact that i was assaulted and robbed at knife point and told to leave the building, and that my safety was at risk, but she ignored my pleas for help and disregarded the risk to my safety and freedom.

Count four: unit manager, Remona Johnson, was made aware of the fact that i was assaulted and robbed at knife point and told to leave the building, and that my safety and freedom was at risk, but she ignored my pleas for help and disregarded the risk to my safety, and freedom.

Count five: The warden, vince vantell, was made aware of the fact that i was assaulted and robbed at knife point and told to leave the building, and that my safety and freedom was at risk, but he ignored my pleas for help and disregarded the risk to my safety and freedom.

Count six: Core civic inc., was well aware of the fact that medium custody level inmates were not to be housed with minimum custody level inmates because that is what their policy stated, but they disregarded the risk to all minimum custody level inmates by allowing medium custody level inmates to be housed together with minimum custody level inmates, I am a minimum custody level inmate, they were also aware of the fact that inmates were not allowed to enter into a pod they were not housed in, per policy.

# Relief Requested

For all said defendants who violated and continuing to violate at this present time, Plaintiff's eighth amendment right to protection against cruel and unusual punishment, plaintiff respectfully ask to be rewarded actual (compensatory) damages and punitive damages from each defendant individually. As to defendant one, Jermaris Porter, Chief of security, Plaintiff ask to be rewarded $50,000 in actual damages and $50,000 in punitive damages. As to defendant two, A.w., Jacquelyn Norman, Plaintiff ask to be rewarded $50,000 in actual damages and $50,000 in punitive damages. As to defendant three, Captin Ayee Smith, Plaintiff ask to be rewarded $50,000 in actual damages and $50,000 in punitive damages. As to defendant four, Unit Manager Kemora Johnson, Plaintiff ask to be rewarded $50,000 in actual damages and $50,000 in punitive damages. As to defendant five, Vince Vantell, warden of prison, Plaintiff ask to be rewarded $50,000 in actual damages and $50,000 in punitive damages. And as to defendant six, Core Civic incorporation, Plaintiff ask to be rewarded $250,000 in actual damages and $250,000 in punitive damages.

Plaintiff also respectfully request for this honorable court to accept plaintiff's application to proceed in district court without prepaying fees or cost.

Futhermore, Plaintiff prays that this honorable
Court appoint Counsel to Plaintiff and set
a Jury trial date on the matters in Plaintiff's
Complaint for a Jury to determine the merits
of relief that Plaintiff is requesting to be
granted in Plaintiff's **favour**.

Respectfully Submitted this 29, Day of September
2023.

Terrance Reese #505698
TTCC
140 Macon Way
Hartsville, TN, 37074

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        9-29-23

Signature of Plaintiff

Printed Name of Plaintiff        Terrance Fritze

### B.      For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Terrance Reese #505698
T.T.C.C.
140 Macon way
Hartsville, TN, 37074



RECEIVED
OCT 10 2023
U.S. District Court
Middle District of TN

United States District Court
Clerk of Court
Lynda M. Hill
Fred D. Thompson Court House
719 Church Street
Nashville, TN, 37203